UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| LAWRENCE R. WRIGHT | CIVIL ACTION NO. 14-1247-P |
| VERSUS | JUDGE FOOTE |
| STATE OF LOUISIANA | MAGISTRATE JUDGE HORNSBY |

JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 25th day of January 2016.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE